IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER W. SEMIER, <br> (TDCJ-CID #697336) <br> <br> Petitioner, <br> vs. <br> <br> RICK THALER, <br> <br> Respondent. | § § § § § § § § § § | <br> <br> <br> <br> CIVIL ACTION H-11-0421 |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is dismissed for lack of jurisdiction.

SIGNED on November 10, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge