**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER W. SEMIER, | § | |
| (TDCJ-CID #697336) | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-11-0421 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil

action is dismissed for lack of jurisdiction.

SIGNED on November 10, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge